494

1

752 S.E.2d 794

**In the Matter of Michael O'Brien NELSON, Petitioner.**

**Appellate Case No. 2013–002656.**

**No. 2013–002656.**

Supreme Court of South Carolina.

Dec. 20, 2013.

## ORDER

On October 23, 2013, Respondent was suspended from the practice of law for a period of six (6) months, retroactive to June 1, 2013. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.